UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUL 22 AM II: 33

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

Edward B. Ewing

        PLAINTIFF,

Vs.

FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

        DEFENDANT

Case No.

'08 CV 1311 H POR

## PLAINTIFF'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

Plaintiff, Edward B. Ewing (Ewing), *pro se,* hereby files this motion for an ex parte temporary restraining order against Defendant, First American Loanstar Trustee Services (Loanstar) to enjoin Loanstar from conducting a Trustee's sale of Ewing's property on Wednesday, July 23, 2008, and in support thereof states:

1.

The property involved in this lawsuit and motion is known as 4082 Vermont Street, San Diego, California 92103.

2.

Rule 65(b) provides that "the court may issue a temporary restraining order without written or oral notice to the adverse party ... only if:

(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss or damage will result to the movant before the adverse party can be heard in opposition...."

3.

In his Verified Complaint, supported by a Motion of Points and Authorities, Ewing has convincingly demonstrated that the factual and legal standards warranting both a preliminary injunction and a temporary restraining order have been met.

4.

As shown by the Certificate of Service attached to the Verified Complaint, Ewing has given notice to Defendant of the filing of this request for an Ex Parte Temporary Restraining Order.

5.

Ewing has given adequate reason for the Court to enter the Temporary Restraining Order without bond.

**WHEREFORE**, Plaintiff, Edward B. Ewing, hereby requests this Court to enter a Temporary Restraining Order, Ex Parte, enjoining the Trustee's sale of Plaintiff's property.

Respectfully submitted,

Edward B. Ewing
14251 Anabelle Drive
Poway, CA 92064
Tel: 858-842-4622
Email: tedewing@hotmail.com