UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 JUL 22 AM 11:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 1311 H POR

EDWARD B. EWING

    PLAINTIFF,

Vs.                         Case No.

FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

    DEFENDANT.

## NOTICE OF MOTION

Plaintiff, Edward B. Ewing, pro se, hereby gives notice that he has filed a Motion for Ex Parte Temporary Restraining Order with this Court. No hearing date has been set for the Motion.

*(signature)*
Edward B. Ewing
14251 Anabelle Drive
Poway, California 92064
Tel: 858-842-4622
Email: tedewing@hotmail.com