Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court : 33

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Edward B. Ewing, pro se
Plaintiff

vs

First American Loanstar Trustee Services
Defendant

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 1311 H POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Edward B. Ewing    14251 Anabelle Drive, Poway, CA 92064    (858) 842-4622

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

JUL 2 2 2008

By _____, Deputy Clerk    DATE

J. PARKS

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)